UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Ricardo Rafael Cucurachi Goldaracena**,

       Petitioner,

                            CIVIL ACTION NO. 1:26-10303-LTS

  V.

**Warden et al.**,

       Respondents.

## **ORDER OF DISMISSAL**

Sorokin, D. J.

    In accordance with the Court's ELECTRONIC ORDER, Dkt, No. 13, dated February 12, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                    By the Court,

2/12/2026                               /s/ Flaviana de Oliveira
Date                                      Deputy Clerk